# The defendant YuDan Lin removes an action from South Carolina State Circuit Court to federal court (United States District Court for the District of South Carolina- Columbia Division)

November 2, 2018

## Lexington county circuit court
Address: 205 E Main St #423, Lexington, SC 29072

TO:    Guo Wengui   (Cross-Defendant & Plaintiff)
FROM: YuDan Lin (Cross-Plaintiff & Defendant)
Case# 2018CP3203623

Dear Lexington county circuit court:

My name is YuDan Lin, the ex-news reporter, Chinese political and religious affairs commentators. Today I contact with you about this remove issues:

Under Counter-claims--Rule 13 of the Federal Rules of Civil Procedure permits the When a defendant YuDan Lin  may remove an action from South Carolina state circuit court  to federal court (United States District Court for the District of South Carolina- Columbia Division ). In order to invoke the federal court's diversity jurisdiction, one requirement is that the amount in controversy must exceed $75,000.

Under  1>. The federal Racketeer Influenced and Corrupt Organizations Act (RICO) (18 USC §§ 1961-1968) prohibits (1) acquiring, establishing, or operating an enterprise with illegally derived income, (2) acquiring or maintaining an interest in or control of an enterprise through illegal activity, and (3) using an enterprise to commit illegal acts (Extortion, Blackmail, Etc., 31A Am Jur 2d); 2>. Cyberbullying ; Federal law provides some tools to combat cyberstalking. Under 18 U.S.C. 875(c), it is a federal crime, punishable by up to five years in prison and a fine of up to $250,000, to transmit any communication in interstate or foreign commerce containing a threat to injure the person of another. Section 875(c) applies to any communication actually transmitted in interstate or foreign commerce - thus it includes threats transmitted in interstate or foreign commerce via the telephone, e-mail, beepers, or the Internet. This is the statute under which Jake Baker was charged. 3> South Carolina's Anti-SLAPP statute,  Counter-Plaintiff & defendant YuDan Lin counter-claims Plaintiff & counter-defendant Wengui Guo $ 5 million US dollars money damages.

Actions filed in South Carolina state circuit court may be removed by a defendant YuDan Lin to federal court within the 30 day period from the time the defendant YuDan Lin had notice of the plaintiff Wengui Guo's initial pleading.

TO:   Wengui Guo (Counter-Defendant & Plaintiff)
FROM: Danyu Lin (Cross-Plaintiff & Defendant)
Case# 2018CP3203623

## Co- counterclaim defendants:

1). **Qingmin Jin (靳庆敏) & Yuan Xu( 徐媛)** ----cyberstalking and Cyberbullying.

Address: 1509 Primula Avenue, Alhambra, Los Angeles, California USA

2). Calling Wengui Guo's < **Ant criminal band** > of the crowd on the Internet ("John Doe"(for males) and "Jane Doe" (for females) are multiple-use names that are used in the case of somebody wishing to have the party who is given the name to Wengui Guo's Ant criminal band—cyberstalking and Cyberbullying. )

**Court note:** Plaintiff & counter-Defendant Wengui Guo is not a United States citizen, Wengui Guo is the biggest fraudster of China this century, a rapist, white gloves of Communist Party of China. Wengui Guo is a suspected of imprisoning employees, document fraud, infringement of US trademark , bribe US politicians, publicly buying online thugs, and manipulating a series of terrorist threats in the United States.

Wengui Guo, the Chinese billionaire who's been living in self-imposed exile at the Sherry-Netherland, the 18th-floor co-op at 781 Fifth Avenue, New York City. The Counter-Plaintiff & defendant YuDan Lin counter-claims Plaintiff & counter-defendant Wengui Guo $ 9 million US dollars money damages. Under South Carolina's Anti-SLAPP statute, in the pursuit of a fair and effective savings from US Federal Justice Resource, the Plaintiff & counter-Defendant Wengui Guo must shows this court that he has up to $ 9 million US dollars Net Worth Money( cash, asset & property). If no, the court will dismiss the plaintiff's case early in the litigation and award defendant attorneys' fees and court costs as a matter of law.

Sincerely,

*yudan Lin*

YuDan Lin

128 Woodcock Trail

West Columbia, SC 29169

Tel: (803)-931-2163;    Email: dianatienusa@gmail.com